IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02019-WYD

LAURIE ERIN GRIFFIN-QUICK,

    Plaintiff,

v.

CAROLYN COLVIN, Acting Commissioner of Social Security
Social Security Administration,

    Defendant.

## ORDER

**Daniel, J.**

    Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a complaint.  While the proper form that Plaintiff should have filed with the Court is the "Application to Proceed in District Court Without Prepaying Fees or Costs," found at the Court's website at:

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/Forms.aspx, I find that the pending motion and affidavit indicate that the Plaintiff should be granted leave to proceed under 28 U.S.C. § 1915 solely on the basis of inability to prepay fees or give security therefor.  Accordingly, it is

    ORDERED that the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 2) is **GRANTED**.

Dated: September 16, 2015

BY THE COURT:

*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE